IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE R. BOJORQUEZ, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-3107 |
| NIKITA BAKER, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

Petitioner Jose R. Bojorquez has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF 1, which is now fully briefed, ECF 10 & 11. After filing the petition, Mr. Bojorquez filed a motion to reopen the removal proceedings in Immigration Court. ECF 12-1. The parties appeared for a telephonic status conference on October 8, 2025. For the reasons stated during the status conference, it is hereby ORDERED that:

1. The Petition for a Writ of Habeas Corpus is STAYED until further order of the Court pending a ruling by an immigration judge on the petitioner's motion to reopen, and the hearing previously scheduled for October 9, 2025, has been VACATED;

2. The respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Mr. Bojorquez from the continental United States before 5:00 p.m. on the fifth business day after the issuance of the immigration judge's ruling on the motion to reopen; and

3. After the immigration judge issues an initial ruling on the motion to reopen, the parties shall meet and confer to determine whether and how this case shall proceed. After the parties meet and confer, counsel for Mr. Bojorquez shall notify the Court

promptly about the immigration judge's decision and the parties' positions on next steps in this case.

Date: October 8, 2025

                                                            Deborah L. Boardman
                                                            United States District Judge