IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE R. BOJORQUEZ, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-3107 |
| NIKITA BAKER, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

On October 21, 2025, petitioner Jose R. Bojorquez filed a status report indicating that the motion to reopen his removal proceeding was denied on October 15, 2025. ECF 15. Three days later, the respondents filed a status report stating that "all steps regarding Petitioner's removal to Mexico have been taken, other than his actual inclusion on a manifest and the scheduling of his flight." ECF 16, at 1. The respondents stated that they had conducted a reasonable fear interview and that Mexico had agreed to accept Bojorquez. *Id.* The same day, Bojorquez filed a supplemental status report, ECF 17, asking the Court to order the respondents to provide additional assurances before executing his removal. Bojorquez requests that the Court order the respondents to: (1) "file a short certification that removal will be executed in compliance with 8 U.S.C. § 1231(b)(3) and FARRA § 2242" and "identify[ ] the specific basis for that conclusion"; (2) "state whether [they] sought or obtained diplomatic assurances under 8 C.F.R. § 208.18(c) or 8 C.F.R. § 241.15" and, if so, "file or summarize them"; and (3) provide 48 hours' notice of the date and time of removal. *Id.* at 3.

The relief Bojorquez requests in his supplemental status report was not requested in his petition for a writ of habeas corpus. *See* ECF 1, at 10 (seeking declaration that Bojorquez's detention violates the Fifth Amendment's Due Process Clause, 8 U.S.C. § 1231, and/or 8 U.S.C.

§ 241.4). And it does not appear from the face of the petition that Bojorquez would be entitled to the relief he seeks if his petition were granted. If Bojorquez has a good faith basis to file an amended petition that seeks the relief he requests in his supplemental status report, he may file an amended petition. Bojorquez must let the Court know by Friday, October 31 whether he intends to file an amended petition, whether he continues to assert the claims in the pending petition, or whether he intends to dismiss his claims without prejudice.

Date: October 27, 2025

_____
Deborah L. Boardman
United States District Judge