IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE R. BOJORQUEZ, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-3107 |
| NIKITA BAKER, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

On October 31, 2025, petitioner Jose R. Bojorquez filed a motion for leave to amend his petition for a writ of habeas corpus, ECF 19, and an emergency motion for a temporary restraining order ("TRO") and limited preliminary injunction, ECF 20. Upon consideration of the motions and the related briefing, ECF 22, 24, 25, and for the reasons stated on the record during a hearing held today, it is hereby ORDERED that:

1. The motion for leave to amend, ECF 19, is GRANTED;

2. The proposed amended petition, ECF 19-1, is ACCEPTED as filed;

3. The emergency motion for a TRO and limited preliminary injunction, ECF 20, which the Court construes as a motion for a preliminary injunction, is DENIED;

4. The respondents are ENJOINED from removing Bojorquez from the United States for 30 days from today to give Bojorquez time to appeal the denial of the motion for a preliminary injunction; and

5. The respondents' response to the amended petition for a writ of habeas corpus is due by November 21, 2025.

Date: <u>November 7, 2025</u>

_____
Deborah L. Boardman
United States District Judge

2